**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RATLR LLC, | No. CV-25-02967-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Raymond EMC Enclosures Limited, et al., | |
| Defendants. | |

Plaintiff filed this suit on August 15, 2025. (Doc. 1.) On November 5, 2025, plaintiff filed a notice stating "the defendants in this matter are both located outside the United States" and the usual 90-day limit for service of process "does not apply to service in a foreign country." (Doc. 10 at 1.) Plaintiff is correct that the 90-day limit does not apply when defendants are outside the United States. "However, this does not preclude the court from setting a reasonable time limit for service in a foreign country to properly manage a civil case." *Inst. of Cetacean Rsch. v. Sea Shepherd Conservation Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (simplified). To manage its docket, the court sets February 5, 2026, as the deadline for service of defendants.

/

/

/

/

/

Accordingly,

**IT IS ORDERED** no later than **February 5, 2026**, plaintiff shall file proofs of service for both defendants. The Clerk of Court shall enter a judgment of dismissal without prejudice if no proofs of service are filed by that date.

Dated this 6th day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge